**OZZIE'S PIPELINE PADDER, INC., Plaintiff–Appellant,**

v.

**CRC–EVANS PIPELINE INTERNATIONAL, INC., Defendant–Appellee.**

No. 05–1435.

United States Court of Appeals, Federal Circuit.

Aug. 23, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).